IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID JOHN KAISER,
        Plaintiff,

vs.                                    Case No. 3:07cv229/LAC/EMT

M. SHIPMAN,
        Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 6, 2008 (Doc. 57).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been made.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's Notice of Expiration of Time and Motion for Default Judgment (Doc. 56) is **DENIED**.

**DONE AND ORDERED** this 8th day of September, 2008.


s/*L. A. Collier*                                    
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**