IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID JOHN KAISER,
    Plaintiff,

v.                            Case No. 3:07cv229/LAC/EMT

M. SHIPMAN, SENIOR CHAPLAIN,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 4, 2009 (Doc. 70). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant M. Shipman's Amended Special Report, treated as a motion for summary judgment (Docs. 53, 62), is **GRANTED**.

3. Judgment shall be entered in favor of Defendant.

**DONE AND ORDERED** this 2nd day of September, 2009.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**